# UNITED STATES BANKRUPTCY COURT
## NORTERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
TATE, TERENCE § Case No. 11-33630
§
　　　　Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　Jeffrey P. Allsteadt
　　　　U.S. Bankruptcy Court Clerk
　　　　219 South Dearborn Street- 7th Floor
　　　　Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/09/2014 in Courtroom 613,
　　　　United States Courthouse
　　　　219 South Dearborn Street
　　　　Chicago, Illinois  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　By: Jeffrey P. Allsteadt_____
　　　　　　　　　　　　　　　　　　　　　　Clerk of The United States Bankruptcy
　　　　　　　　　　　　　　　　　　　　　　　　　　　Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| TATE, TERENCE | § | Case No. 11-33630 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 27,933.69 |
| and approved disbursements of | $ | 18,324.39 |
| leaving a balance on hand of[1] | $ | 9,609.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 3,238.36 | $ 0.00 | $ 3,238.36 |
| Trustee Expenses: Phillip D. Levey | $ 31.64 | $ 0.00 | $ 31.64 |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $ 3,814.00 | $ 0.00 | $ 3,814.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,084.00 |
| Remaining Balance | | $ | 2,525.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,941.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 480.17 | $ 0.00 | $ 245.39 |
| 000002 | Verizon Wireless | $ 100.00 | $ 0.00 | $ 51.11 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 2,546.58 | $ 0.00 | $ 1,301.44 |
| 000005 | Springleaf Financial Services | $ 1,814.59 | $ 0.00 | $ 927.36 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,525.30 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-33630-TAB
Terence Tate                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 1          Date Rcvd: Nov 12, 2014
                                Form ID: pdf006       Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
```
db             +Terence Tate,    707 W. Sheridan Rd,    Chicago, IL 60613-3223
20320050        American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
                  Oklahoma City, OK  73124-8866
17680929       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    PO Box 6029,    The Lakes, NV 88901)
18328528        CVF Consumer Acqusition Co its successors and,    assigns as assignee of NCO Group Inc,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17680926       +City Of Chicago,    Department Of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
17680927       +Dishnetwork,    8809 S. Washtenaw,    Evergreen Park 60805-1134
17680928       +Firestone,    PO Box 81307,    Bk 14,    Cleveland, OH 44181-0307
17680931       +Macys,    PO Box 8217,    Mason, OH 45040-8217
17680932       +Secretary of State,    Drivers Service Department,    Parking Citation Section,
                  Springfield, IL 62723-0001
17680934        Target National Bank,    c/o Target Credit Services,    PO Box 1581,
                  Minneapolis, MN  55440-1581
17680935       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 6345,    Fargo, ND 58125-6345)
17680936       +Verizon Wireless,    1515 Woodfield Rd.,    Schaumburg, IL 60173-5443
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17945272          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2014 03:03:27
                  American InfoSource LP as agent for,    Target,    PO Box 248866,
                  Oklahoma City, OK  73124-8866
18328640         +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2014 03:01:46
                  PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                  c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
17680933          E-mail/PDF: cbp@springleaf.com Nov 13 2014 03:01:40       Springleaf Financial,
                  17828 Halsted St,    Homewood, IL 60430
18359123          E-mail/PDF: cbp@springleaf.com Nov 13 2014 03:03:13       Springleaf Financial Services,
                  PO Box 971,    Evansville, IN 47706
                                                                                              TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17680930        Lucy Adams,    private seller
18085350       ##+Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 11, 2014 at the address(es) listed below:
```
              Joel P Fonferko    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND-One@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ   on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
              Robert J Adams    on behalf of Debtor Terence  Tate bankruptcy714@gmail.com,
               bankruptcy713@yahoo.com;illinoisecf@gmail.com;lake.rjaign@gmail.com;mike13tide@gmail.com
                                                                                             TOTAL: 5
```