UNITED STATES BANKRUPTCY COURT
NORTERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
§
TATE, TERENCE § Case No. 11-33630
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 173,000.00 *(Without deducting any secured claims)* | Assets Exempt: 15,830.00 |
| Total Distributions to Claimants:  12,651.28 | Claims Discharged Without Payment:  15,620.93 |
| Total Expenses of Administration:  15,282.41 | |

3) Total gross receipts of $ 27,933.69  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 27,933.69  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 163,318.24 | $ 10,157.62 | $ 10,157.62 | $ 10,157.62 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 15,282.41 | 15,282.41 | 15,282.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,173.25 | 12,405.02 | 4,941.34 | 2,493.66 |
| **TOTAL DISBURSEMENTS** | $ 176,491.49 | $ 37,845.05 | $ 30,381.37 | $ 27,933.69 |

    4)  This case was originally filed under chapter 7 on  08/17/2011 .  The case was pending for 48 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/15/2015            By:/s/Phillip D. Levey
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 11632 S. CHURCH, CHICAGO, IL | 1210-000 | 27,933.69 |
| **TOTAL GROSS RECEIPTS** | | **$27,933.69** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lucy Adams private seller | | 14,500.00 | NA | NA | 0.00 |
| | Springleaf Financial 17828 Halsted St Homewood, IL 60430 | | 2,152.95 | NA | NA | 0.00 |
| | US Bank PO Box 6345 Fargo, ND 58125-6345 | | 146,665.29 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COOK COUNTY TREASURER | 4700-000 | NA | 10,157.62 | 10,157.62 | 10,157.62 |
| **TOTAL SECURED CLAIMS** | | | $ 163,318.24 | $ 10,157.62 | $ 10,157.62 | $ 10,157.62 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 3,238.36 | 3,238.36 | 3,238.36 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 31.64 | 31.64 | 31.64 |
| LEVEY, PHLLLIP D. | 2200-000 | NA | 31.64 | 31.64 | 31.64 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 8.36 | 8.36 | 8.36 |
| CITY OF CHICAGO | 2500-000 | NA | 1,183.81 | 1,183.81 | 1,183.81 |
| FITZGIBBON, BOB | 2500-000 | NA | 300.00 | 300.00 | 300.00 |
| GREATER ILLINOIS TITLE CO. | 2500-000 | NA | 807.75 | 807.75 | 807.75 |
| GREATER ILLINOIS TITLE COMPANY | 2500-000 | NA | 1,295.00 | 1,295.00 | 1,295.00 |
| JUNK REMOVAL 911 | 2500-000 | NA | 120.00 | 120.00 | 120.00 |
| LANDMARK SURVEY | 2500-000 | NA | 395.00 | 395.00 | 395.00 |
| ASSOCIATED BANK | 2600-000 | NA | 277.31 | 277.31 | 277.31 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COOK COUNTY TREASURER | 2820-000 | NA | 1,779.54 | 1,779.54 | 1,779.54 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 3,814.00 | 3,814.00 | 3,814.00 |
| CENTURY 21 KMIECIK | 3510-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 15,282.41 | $ 15,282.41 | $ 15,282.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City Of Chicago Department Of Revenue PO Box 88292 Chicago, IL 60680 | | 8,273.13 | NA | NA | 0.00 |
| | Dishnetwork 8809 S. Washtenaw Evergreen Park 60805 | | 1,192.00 | NA | NA | 0.00 |
| | Firestone PO Box 81307 Bk 14 Cleveland, OH 44181 | | 777.00 | NA | NA | 0.00 |
| | Home Depot PO Box 6029 The Lakes, NV 88901 | | 2,281.95 | NA | NA | 0.00 |
| | Macys PO Box 8217 Mason, OH 45040 | | 104.00 | NA | NA | 0.00 |
| | Secretary of State Drivers Service Department Parking Citation Section Springfield, IL 62723 | | 0.00 | NA | NA | 0.00 |
| | Target National Bank c/o Target Credit Services PO Box 1581 Minneapolis, MN 55440-1581 | | 445.17 | NA | NA | 0.00 |
| | Verizon Wireless 1515 Woodfield Rd. Schaumburg, IL 60173 | | 100.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CVF CONSUMER ACQUSITION CO ITS SUCC | 7100-000 | NA | 7,463.68 | 0.00 | 0.00 |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 2,546.58 | 2,546.58 | 1,285.14 |
| 000005 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | NA | 1,814.59 | 1,814.59 | 915.73 |
| 000002 | VERIZON WIRELESS | 7100-000 | NA | 100.00 | 100.00 | 50.47 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 480.17 | 480.17 | 242.32 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 13,173.25 | $ 12,405.02 | $ 4,941.34 | $ 2,493.66 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-33630 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
| Case Name: | TATE, TERENCE | | | Date Filed (f) or Converted (c): | 08/17/11 (f) |
| | | | | 341(a) Meeting Date: | 09/16/11 |
| For Period Ending: | 07/15/15 | | | Claims Bar Date: | 01/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDO UNIT 2E AT 2501 GRENSHAW | 175,000.00 | 13,334.71 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CASH | 80.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. USED FURNITURE | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. 2001 JEEP GRAND CHEROKEE, OVER 200,000 MILES | 3,000.00 | 847.00 | | 0.00 | FA |
| 7. 2004 GRAND CHEROKEE | 10,000.00 | 0.00 | | 0.00 | FA |
| 8. 11632 S. CHURCH, CHICAGO, IL (u) | 0.00 | 0.00 | | 27,933.69 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $188,830.00 | $14,181.71 | $27,933.69 | Gross Value of Remaining Assets $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/28/13     Current Projected Date of Final Report (TFR): 08/31/14

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 18.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-33630 -TB | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | TATE, TERENCE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3026 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1074 | | | |
| For Period Ending: | 07/15/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/12 | | Greater Illinois Title Company | Sale of 11632 S Church, Chicago, IL | | 7,161.28 | | 7,161.28 |
| | 8 | GREATER ILLINOIS TITLE COMPANY | Memo Amount: 25,200.00 | 1210-000 | | | |
| | | | Sale of 11632 S Church, Chicago, IL | | | | |
| | | CENTURY 21 KMIECIK | Memo Amount: ( 2,000.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | COOK COUNTY TREASURER | Memo Amount: ( 1,779.54 ) | 2820-000 | | | |
| | | | Property Taxes 1/1/12-12/3/12 | | | | |
| | | GREATER ILLINOIS TITLE CO. | Memo Amount: ( 693.00 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| | | GREATER ILLINOIS TITLE CO. | Memo Amount: ( 114.75 ) | 2500-000 | | | |
| | | | Recording & Transfer Charges | | | | |
| | | LANDMARK SURVEY | Memo Amount: ( 395.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | CITY OF CHICAGO | Memo Amount: ( 1,093.81 ) | 2500-000 | | | |
| | | | Water Charges | | | | |
| | | JUNK REMOVAL 911 | Memo Amount: ( 120.00 ) | 2500-000 | | | |
| | | | Winterize House | | | | |
| | | FITZGIBBON, BOB | Memo Amount: ( 300.00 ) | 2500-000 | | | |
| | | | Furnace Repair | | | | |
| | | CITY OF CHICAGO | Memo Amount: ( 90.00 ) | 2500-000 | | | |
| | | | Zoning Certification | | | | |
| | | COOK COUNTY TREASURER | Memo Amount: ( 10,157.62 ) | 4700-000 | | | |
| | | | TI - Past Due Real Estate Taxes | | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount: ( 1,295.00 ) | 2500-000 | | | |
| | | | Ownwers Title Policy | | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.80 | 7,158.48 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.64 | 7,147.84 |
| 03/07/13 | 010001 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 6.02 | 7,141.82 |

Page Subtotals 7,161.28 19.46

Ver: 18.05

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-33630 -TB | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | TATE, TERENCE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3026 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1074 | | | |
| For Period Ending: | 07/15/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras St.<br>New Orleans, LA 70139 | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,131.82 |
| 03/22/13 | 8 | Greater Illinois Title Company | Title Indemnity Refund | 1210-000 | 2,733.69 | | 9,865.51 |
| | | | Refund of portion of Greater Illinois Title Co. title indemnity account funded with monies from sale of real estate. | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.92 | 9,853.59 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.18 | 9,839.41 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.63 | 9,824.78 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.14 | 9,810.64 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.59 | 9,796.05 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.56 | 9,781.49 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.07 | 9,767.42 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.52 | 9,752.90 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.03 | 9,738.87 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.48 | 9,724.39 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.46 | 9,709.93 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.04 | 9,696.89 |
| 04/01/14 | 010002 | International Sureties, Ltd.<br>701 Poydras Street - Suite 420<br>New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 2.34 | 9,694.55 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.42 | 9,680.13 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.93 | 9,666.20 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.37 | 9,651.83 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.89 | 9,637.94 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.33 | 9,623.61 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.31 | 9,609.30 |
| 12/15/14 | 010003 | PHILLIP D. LEVEY | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,814.00 | 5,795.30 |

Page Subtotals 2,733.69 4,080.21

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-33630 -TB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | TATE, TERENCE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3026 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1074 | | | |
| For Period Ending: | 07/15/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/15/14 | 010004 | PHILLIP D. LEVEY | Trustee Compensation | | | 3,270.00 | 2,525.30 |
| | | | | Fees    3,238.36 | 2100-000 | | | |
| | | | | Expenses    31.64 | 2200-000 | | | |
| | 12/15/14 | 010005 | Phlllip D. Levey | Trustee Expenses | 2200-000 | | 31.64 | 2,493.66 |
| | 12/15/14 | 010006 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Claim 000001, Payment 50.46546% | 7100-900 | | 242.32 | 2,251.34 |
| * | 12/15/14 | 010007 | Verizon Wireless PO BOX 3397 Bloomington, IL 61702 | Claim 000002, Payment 50.47000% (2-1) 7024 | 7100-004 | | 50.47 | 2,200.87 |
| | 12/15/14 | 010008 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000004, Payment 50.46533% | 7100-000 | | 1,285.14 | 915.73 |
| | 12/15/14 | 010009 | Springleaf Financial Services PO Box 971 Evansville, IN 47706 | Claim 000005, Payment 50.46484% (5-1) money loaned | 7100-000 | | 915.73 | 0.00 |
| * | 06/12/15 | 010007 | Verizon Wireless PO BOX 3397 Bloomington, IL 61702 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -50.47 | 50.47 |
| | 06/22/15 | 010010 | Clerk, U.S. Bankruptcy Court | (2-1) 7024 | 7100-000 | | 50.47 | 0.00 |

Page Subtotals        0.00        5,795.30

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-33630 -TB | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | TATE, TERENCE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3026 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1074 | | |
| For Period Ending: | 07/15/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Memo Allocation Receipts: | 25,200.00 | COLUMN TOTALS | 9,894.97 | 9,894.97 | 0.00 |
| | | Memo Allocation Disbursements: | 18,038.72 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | | Subtotal | 9,894.97 | 9,894.97 | |
| | | Memo Allocation Net: | 7,161.28 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 9,894.97 | 9,894.97 | |
| | | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: | 25,200.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: | 18,038.72 | Checking Account (Non-Interest Earn - *******3026 | 9,894.97 | 9,894.97 | 0.00 |
| | | | | | ---------------- | ---------------- | ---------------- |
| | | Total Memo Allocation Net: | 7,161.28 | | 9,894.97 | 9,894.97 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*